Exhibit F

FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry    05/09/2022

1. On 25APR22, Assistant US Attorneys Amanda BECK, John CAPIN, and Jason CASEY, USAO-Boston; met with Paul BLOUNT. The meeting was held at the John Joseph Moakley Federal Courthouse, 1 Courthouse Way, Boston, MA. NCIS Special Agent Craig HARRAH was also in attendance via telephonically.

2. While BLOUNT was still working at CUSTOM MMCI he would regularity search the Internet for what was going on in the computer chip marketplace and to see what his competitors were up to. BLOUNT explained this is a normal thing to do in this industry. During one of these online reviews he came across the website of Tricon MMIC (TRICON). What struck him was reading TRICON had senior designers working there. Because there are not that many chip designers in the world, BLOUNT was curious to see who these designers were. In BLOUNT's mind, the designer's reputation is very important and impacts the potential purchase of their associated products. As a result, the designers are typically highlighted by the company. That was not the case at TRICON. Furthermore, as BLOUNT continued to search the website he was surprised to not directly know the listed designer, nor have ever heard of him. BLOUNT was also amazed by the number of products being sold at TRICON. BLOUNT advised it just didn't seem to add up; the diversity and number of products coming from nowhere, via an unknown designer. Therefore, he notified people in his company so it would be reported to the Department of Commerce.

3. BLOUNT was asked if his company had ever submitted an export license to ship items outside of the United States. BLOUNT could not recall completely and asked for time to research this information and provide it at a later date.

4. Subsequently on the following day BLOUNT indicated CUSTOM MMIC had submitted two exports licenses:

    1. UMS - France - Nov 1st 2019 - D1180203
    2. Win - Taiwan - May 9th 2019 - D116403

UNCLASSIFIED//FOUO

Investigation on   04/25/2022   at   Boston, Massachusetts, United States (In Person, Phone)

File #                                                            Date drafted   04/28/2022

by   HARRAH CRAIG A

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

YU-010951